IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF GEORGE PETKOS.

See same case below: 54 *N. J. Super.* 118.

*Mr. Milton Schamach* and *Mr. J. Mortimer Rubenstein* for the petitioner.

June 17, 1959.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. WILLIAM H. CROLAND, DEFENDANT, AND MARVIN ZALK, DEFENDANT-RESPONDENT.

See same case below: 54 *N. J. Super.* 594.

*Mr. Brendan T. Byrne* and *Mr. Sanford Freedman* for the petitioner.

*Messrs. Crummy, Gibbons & O'Neill* and *Mr. Paul T. Murphy* for the respondent.

June 17, 1959.   Granted.